Filed: 2/25/2025 4:46 PM
Humberto Bert Gonzalez Jr
County Clerk
Starr County, Texas
Norma Sepulveda

# CAUSE NO. PR: 10-034

United States Courts
Southern District of Texas
FILED

*3/04/2025*

Nathan Ochsner, Clerk of Court

**IN THE COUNTY COURT AT LAW**            **STARR COUNTY, TEXAS**

## PLAINTIFF'S EMERGENCY MOTION FOR EVICTION, INJUNCTIVE RELIEF, AND CIVIL RIGHTS PROTECTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Cynthia Ann Garcia, in my capacity as an **Administrator/Co-Heir** of the **Estate of Marco Arthor Garcia** (hereinafter referred to as "Plaintiff"), and files this **Emergency Motion for Eviction, Injunctive Relief, and Civil Rights Protection** against Anabel **Garcia, her employee Cedillio unknown last name, Hugo Granados Perez, Ninfa Granados Perez, Roma Officer or maybe lieutenant: Reget Rodriguez, and the Roma Police Department**, regarding the premises located at **1776 E Grant, Roma, Texas 78584** (the "Property").

In support thereof, Plaintiff respectfully shows the Court as follows:

### I. JURISDICTION AND VENUE

1.1 This Court has jurisdiction over this matter pursuant to **Texas Estates Code, Texas Property Code Chapter 24**, and **Texas Rules of Civil Procedure 510**, governing eviction and estate property management.

1.2 Venue is proper in Starr County, Texas, as the subject property is located within this jurisdiction.

1

## II. FACTUAL BACKGROUND

2.1 The subject property, **1776 E Grant, Roma, Texas 78584**, is part of the **Estate of Marco Arthor Garcia**, which remains under estate administration.

2.2 Defendant Anabel **Garcia**, a spouse of Marco Arturo Garcia, has abandoned the property since 2010. Her ownership **of 50% of the property** has allowed unauthorized individuals to reside there, to the detriment of the estate and other heirs.

2.3 **Roma Police, acting under the false reports of Anabel Garcia, have consistently forced Cynthia Ann Garcia to leave the estate property, preventing Plaintiff from maintaining, cleaning, or accessing it as required for estate administration, for over a decade.**

2.4 **The Starr County Court has already granted permission for this property to be sold to pay estate debts. However, Anabel Garcia and her employee have been falsely telling potential buyers that the property is not for sale and steering them away from purchasing it.**

2.5 **On October 29, 2024, at 4:20pm, Ninfa Granados Perez (Anabel's sister) made a call using Yesenia Granados cell phone and falsely told Mr. Torres of Bulldog Construction that:**

- **Lizandro Garcia is in charge of repairs and making decisions regarding the property.**
- **All matters must go through the attorney Margil Guerra at 956-489-7575.**
- **This was a deliberate misrepresentation designed to block estate repairs and obstruct the lawful sale of the property.**
- **Inconclusion Bulldog construction pulled his guys out after I had given him permission to go look at the damaged roof maybe due to the heavy winds.**

2.6 **Roma police have observed drug waste at the property, and there is evidence that unauthorized individuals, including gang members, are occupying it.**

2.7 **There is further evidence suggesting that the property is being used to harbor illegal immigrants, as multiple children's toys, shoes, purses and clothing were found in black trash bags throughout the rooms.**

2

2.8 The **fire marshal shut down the property on October 31, 2024, due to a gas leak,** yet Anabel Garcia continues to operate an illegal business there and house unauthorized occupants.

2.9 Defendants have vandalized, neglected, and misused the property, failed to conduct necessary upkeep, and have not paid property taxes or secured proper insurance, causing financial and structural harm to the estate.

2.10 A room is being rented out with a board over a glass window and a new lock. This is not safe and can endanger a human being.

2.11 There is broken window's, missing furniture, the roof is missing, stained carpet, many missing door locks.

2.12 Many of the unmounted ac units are stored inside several rooms.

2.13 A room is being renting out with no ac unit at $60.00 a night.

2.14 There is no water service at this location, according to City of Roma water department.

2.15 The technology room is being used as a sleeping place and used as a closet with some clothing.

2.16 There is broken glass on the parking lot and loose wires.

2.17 There is high woods, infested with weeds near the building and around, which is causing rats to live on site and single bed mattress with mold, in the back of the building, as Anabel failed to maintain this property.

2.18 Anabell rents out rooms and does not require—A United States or International identification card to check into the rooms. Nor does he document vehicle plate numbers of his paying and non-paying guest.

3

## III. LEGAL GROUNDS FOR EMERGENCY EVICTION, INJUNCTION & CIVIL RIGHTS PROTECTION

### *3.1 Violations & Roma Police Harassment*

- **Plaintiff has been repeatedly forced off the estate property for over a decade by using the police power of the Roma Police and Chief of police despite being an authorized estate representative.**
- **Roma Police have prevented Plaintiff from managing, maintaining, or securing the property, violating Plaintiff's legal rights.**
- **Roma Officer or maybe lieutenant: Reget Rodriguez, said on October 31,2025 Mrs. Garcia is the owner of this place.**

### *3.2 Discrimination & Retaliation*

- **Plaintiff has been unfairly targeted and removed from the estate property without legal justification.**
- **Roma Police have acted on false reports from Anabel Garcia instead of following proper legal procedures.**
- **City of Roma water department will not turn on water for the admin unless she shows them a deed under her name to this property.**
- **I do not know what kind of connection Anabel has with the city of Roma water department and prevents water service to the plaintiff.**
- **Anabel Garcia withheld and did not give the plaintiff a package from Home Land Security (DHS) that was sent to 1776 E Grant Roma, Texas 78584. It was to raise awareness of human trafficking and domestic violence to the public of Roma and Rio Grande City, Tx.**

### *3.3 Interference with a Court-Ordered Property Sale*

- **The Court has legally approved this property for sale, yet Anabel Garcia, Ninfa Granados Perez (Anabel's sister), and Roma Police are actively obstructing the process.**

4

### *3.4 Unlawful Business Operation & Code Violations*

- **The fire marshal shut down the property on October 31, 2024, for a gas leak, yet business activity continues by Anabell Garcia.**
- **This poses a serious safety risk and requires immediate intervention.**

## IV. REQUEST FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court:

1. **Issue an emergency eviction order for Anabell Garcia, her employee Cedillo unknown last name, and other employees under her payroll, Hugo Granados Perez (Anabel Garcia's brother), Ninfa Granados Perez (Anabel's sister), and Officer Reget Rodriguez from 1776 E Grant, Roma, Texas 78584;**
2. **Issue an injunction barring Roma Police from interfering with the estate, harassing Plaintiff, or unlawfully removing Plaintiff from the property;**
3. **Issue an emergency order allowing Plaintiff full access to the property without police interference;**
4. **Refer this matter to the Texas Attorney General and U.S. Department of Justice for investigation into civil rights violations and police misconduct;**
5. **Award Plaintiff damages, court costs, and any other relief deemed necessary by the Court.**

Respectfully submitted-

Digitally Signed by: Cynthia Ann Garcia --an heir pro se and the administer of the Marco Arturo Garcia estate

February 25, 2025 1:01 P.M.

**Exhibit A**

### *3.1 Violations & Roma Police Harassment*

**October 31, 2024 after 8:30am - Roma Officer or maybe lieutenant: Reget Rodriguez, said Mrs. Garcia is the owner of this place.**



SIGNATURE OF MOVANT I, Cynthia Ann Garcia, declare under oath that the facts stated in this Motion of EMERGENCY MOTION FOR EVICTION, INJUNCTIVE RELIEF, AND CIVIL RIGHTS PROTECTION for are true and correct to the best of my knowledge and belief. I hereby sign this motion for filing with the Probate Court of Starr County, Texas.

6

Digitally Signed by: Cynthia Ann Garcia --an heir pro se and the administer of the Marco Arturo Garcia estate

February 25,2025 3:11 P.M.

2103 S. millbend #2101
The Woodlands, Tex 77380—
Cynthia Garcia mailing address
2-26-2025
2:06 p.m.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 97788637
Filing Code Description: Motion (No Fee)
Filing Description: +JMJ   PLAINTIFF???S EMERGENCY MOTION FOR EVICTION, INJUNCTIVE RELIEF, AND CIVIL RIGHTS PROTECTION
Status as of 2/25/2025 4:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Walden | | donwalden@peoplepc.com | 2/25/2025 4:28:21 PM | SENT |
| J.M. CHEMA GARZA | | jmchemagarzalaw@gmail.com | 2/25/2025 4:28:21 PM | SENT |
| Lori Perez | 24002758 | lperezlaw@aol.com | 2/25/2025 4:28:21 PM | SENT |
| Marcus Waters | 24008243 | mwaters@fordbergner.com | 2/25/2025 4:28:21 PM | SENT |
| Margil Sanchez | 17570800 | msjlaw@yahoo.com | 2/25/2025 4:28:21 PM | SENT |
| Jorge Borunda | 24027205 | jorge@borundapc.com | 2/25/2025 4:28:21 PM | SENT |
| Michael Trevino | 24070762 | mtrevino@mtrevinolaw.com | 2/25/2025 4:28:21 PM | SENT |
| John Pope | | j.pope@popepena.com | 2/25/2025 4:28:21 PM | SENT |
| Jennifer Vasquez | 24088581 | jvasquezlaw@yahoo.com | 2/25/2025 4:28:21 PM | SENT |
| Jennifer Vasquez | | jvasquez@co.starr.tx.us | 2/25/2025 4:28:21 PM | SENT |
| Angelica L.Farinacci | | afarinacci@fordbergner.com | 2/25/2025 4:28:21 PM | SENT |
| LYDIA DELGADILLO | | LG@KRYSTALGARZALAW.COM | 2/25/2025 4:28:21 PM | ERROR |
| LYDIA DELGADILLO | | LD@AKLAWOFFICE.NET | 2/25/2025 4:28:21 PM | SENT |
| Don D.Ford III | | dford@fordbergner.com | 2/25/2025 4:28:21 PM | SENT |
| KRYSTAL GARZA | | KG@KRYSTALGARZALAW.COM | 2/25/2025 4:28:21 PM | SENT |
| Elizabeth Garcia | | egarcia@fordbergner.com | 2/25/2025 4:28:21 PM | SENT |
| Zachary S.Cooper | | zcooper@fordbergner.com | 2/25/2025 4:28:21 PM | SENT |